NICOLE T. HANNA
United States Attorney

MARC E. GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044-7611
Telephone: (202) 305-0291
Facsimile: (202) 353-7763

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>160 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; AND HOSSEIN ALIMAMAGHANI, AND EVELINA ALIMAMAGHANI, TRUSTEES OF THE HOSSEIN ALIMAMAGHANI , FAMILY TRUST, SF PACIFIC PROPERTIES, LLC, PRIZE ENERGY RESOURCES, INC., et al.,<br><br>DEFENDANTS. | ) | Case No. 5:18-cv-00375<br><br>**COMPLAINT IN CONDEMNATION with Declaration of Taking**<br><br>40 U.S.C. § 3114 |

1. This is an action of a civil nature brought by the United States of America at the request of the Department of the Navy for the taking of land in San Bernardino County, California, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. This Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3. The authority for the taking is set forth in Schedule "A" annexed hereto and made a part hereof.

4. The public purposes and uses for which the land is taken are set forth in Schedule “B,” annexed hereto and made a part hereof.

5. The legal description of the land to be taken is set forth in Schedule “C,” attached hereto and made a part hereof.

6. A plat (map) showing the land to be acquired is attached in Schedule “D”, attached hereto and made a part hereof.

7. The estate in the land being acquired is set forth in Schedule “E” attached hereto and made a part hereof.

8. The estimate of just compensation for the land being acquired is stated in Schedule “F,” annexed hereto and made a part hereof.

9. The names and addresses of the persons having or claiming an interest in the land to be acquired are described in Schedule "G" annexed hereto and made a part hereof.

WHEREFORE, plaintiff requests judgment that the land be condemned and that just compensation for the taking be ascertained and awarded. Plaintiff also requests that the Court award such other relief as may be lawful and proper.

DATED: February 22, 2018

UNITED STATES OF AMERICA

s/ *Marc E. Gordon*
MARC E. GORDON
E-mail: marc.gordon@usdoj.gov

*Attorney for Plaintiff United States of America*