NICOLA T. HANNA
United States Attorney

BHAVNA CHANGRANI
Trial Attorney
New York Bar No. 4297081
U.S. Department of Justice Environment &
Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 305-0304
Facsimile: (202) 353-7763
bhavna.changrani@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>160 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; and HOSSEIN ALIMAMAGHANI AND EVELINA ALIMAMAGHANI, TRUSTEES OF THE HOSSEIN ALIMAMAGHANI FAMILY TRUST, SF PACIFIC PROPERTIES, LLC, et al.,<br><br>DEFENDANTS. | Case No. 5:18-CV-00375<br><br>**FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION** |

Upon consideration of the Stipulation of Just Compensation executed by the United States of America ("United States") and all defendants herein, it is hereby ORDERED, ADJUDGED AND DECRRED that:

1. The United States filed its Complaint in Condemnation (ECF No. 1) and Declaration of Taking (ECF No. 3), then deposited $56,000 ("Deposit") into the Registry of the Court on March 7, 2018 (ECF No. 10). At that time, title to the property, as set forth in the Declaration of Taking, vested in the United States.

2. The subject property consists of approximately 160 acres of land, located in San Bernardino County, as more particularly described in the Declaration of Taking (ECF No. 3) filed herein ("subject property"). The 160 acres of land, except those patented and unpatented mining claims and subsurface and mineral rights reserved by SF Pacific Properties, LLC, is owned by The Hossein Alimamaghani Family Trust, and the patented and unpatented mining claims and subsurface and mineral rights are owned by SF Pacific.

3. In order to settle this condemnation action, the United States, SF Pacific Properties, LLC, and the Alimamghani Family Trust agree as follows:

   a. That the just compensation payable by the United States for the taking of the Subject Property, as described in the Declaration of Taking (Dkt. 3), owned by Hossein Alimamaghani, acting on behalf of himself and as trustee of the Alimamaghani Family Trust, and Evelina Alimamaghani,

acting on behalf of herself and as trustee of the Alimamaghani Family Trust, together with all improvements thereon and appurtenances thereunto belonging, shall be the sum of $85,000.00 inclusive of interest, attorneys' fees, and costs to be distributed;

b. That the just compensation payable by the United States for the taking of the Subject Property, as described in the Declaration of Taking (Dkt. 3), owned by SF Pacific Properties, LLC, shall be the sum of $7,000 inclusive of interest, attorneys' fees, and costs to be distributed.

4. Judgment shall be, and is hereby entered against the United States in the amount of $92,000.

5. Defendants San Bernardino County Auditor-Controller/Treasurer/Tax Collector and Prize Energy Resources have disclaimed any interest in the proceeds of this case and have requested that no further pleadings be served upon them. Dkt. 12 and 19. As such, these parties are not entitled to any distribution of the just compensation to be paid for the taking of the Subject Property.

6. As the United States has previously deposited $56,000 as estimated just compensation, the deficiency amount between this amount and the agreed settlement of $92,000 is $36,000. The United States shall pay into the Registry of the Court the deficiency amount of $36,000.

7. The said sum of $85,000 paid to the Alimamaghanis and the sum of $7,000 paid to SF Pacific Properties, LLC shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the Subject Property and estates described in the Declaration of Taking filed herein, together with all improvements thereon and appurtenances thereunto belonging.

8. The said sum of $85,000 paid to the Alimamaghanis and the sum of $7,000 paid to SF Pacific Properties, LLC shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Subject Property at the time of vesting of title thereto in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

9. Defendants warrant that they have the exclusive right to compensation herein and that no other person or entity is entitled to the same or any part thereof. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property taken in this case, Defendants shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by Defendants to the date of repayment into the Registry of the Court.

10. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

11. Upon the United States depositing the deficiency amount of $36,000.00 into the Registry of the Court, the Clerk of the Court shall, without further order of this Court, disburse the total deposited amount together with any interest earned thereon while on deposit, by issuing a check payable as follows and mailing the check to:

- $29,000.00, to Hossein Alimamaghani and Evelina Alimamaghani, Trustees Hossein Alimamaghani Family Trust. 4716 White Oak Place, Encino, CA 91316.
- $7,000 to SF Pacific Properties, LLC. 1800 Wazee Street, Suite 500, Denver, Colorado 80202.

12. Following disbursement of funds to Defendants as described in paragraph 18 above, this case shall be CLOSED.

IT IS SO ORDERED

Dated: DEC 2 3 2019

_Gary Klausner_
R. Gary Klausner
United States District Court Judge